■ ROBERT V. KING et al., Respondents, v. WNY HOLDING CORP. et al., Appellants. (Appeal No. 1.) — Order insofar as it grants partial summary judgment to respondent unanimously reversed and otherwise order affirmed, without costs. Memorandum: Special Term incorrectly granted partial summary judgment to respondents, declaring the deed to be a mortgage. Whether a deed, absolute on its face, is a mortgage depends upon the intent of the parties (*Matter of Newcourt Realty Holding Corp.* v. *Gabel*, 28 A D 2d 704; Real Property Law, § 320) and, as such, presents a question of fact requiring a trial. (Appeal from order of Erie Special Term granting partial summary judgment in action to declare deed void.) Present — Marsh, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.

■ MAXWELL ZEIGLER, Appellant, v. THOMAS RILEY, as Superintendent of Monroe County Penitentiary, Respondent.— Orders affirmed, without costs, upon the opinion at Special Term, and temporary stay continued for 20 days. All concur, Gabrielli, J., in result only. (Appeal from orders of Monroe Special Term, dismissing complaint in action for injunction.) Present — Marsh, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ. [67 Misc 2d 82.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HOWINGTON, Appellant.— Judgment unanimously modified on the law in accordance with memorandum and as modified affirmed. Memorandum: On September 25, 1970, after certification, defendant was committed by a Judge of Syracuse City Court to the care and custody of the Narcotic Addiction Control Commission for 36 months on a conviction for a misdemeanor. On December 4, 1970 he was sentenced by an Onondaga County Court Judge on a felony conviction to an indeterminate term of imprisonment with a maximum of seven years at Attica State Prison. We modify the judgment of Onondaga County Court on the law by deferring imprisonment thereunder until the termination of the sentence imposed by City Court at which time defendant will be required to commence service of the sentence now under review (*People* v. *Gilmore*, 37 A D 2d 912). (Appeal from judgment of Onondaga County Court, convicting defendant of criminally selling a dangerous drug, third degree.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.